IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH EDWARD SHANNON,

    Plaintiff,

v.

JOHN W. VAUDREUIL and
LAURA PRZYBYLINSKI FINN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-165-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* on his denial of right to due process and free speech claims against the defendants and dismissing this case.

_Peter Oppeneer_        12/11/12
Peter Oppeneer, Clerk of Court      Date